# FORMAL ORDER

STATE OF ARKANSAS,   )
                    )   SCT.
SUPREME COURT       )

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 22 2016
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

**BE IT REMEMBERED,** THAT A SESSION OF THE SUPREME COURT BEGUN AND HELD IN THE CITY OF LITTLE ROCK, ON JULY 21, 2016, AMONGST OTHERS WERE THE FOLLOWING PROCEEDINGS, TO-WIT:

SUPREME COURT CASE NO. CV-16-375

KATHY ROBERTS AND KAREN MCSHANE                                APPELLANTS

V. AN ORIGINAL ACTION, FROM UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF ARKANSAS - 1:15-CV-00071-JLH

UNIMIN CORPORATION                                             APPELLEE

APPELLEE'S MOTION TO RECONSIDER IS DENIED. BRILL, C.J., AND DANIELSON AND WYNNE, JJ., WOULD GRANT.

> IN TESTIMONY, THAT THE ABOVE IS A TRUE COPY OF THE ORDER OF SAID SUPREME COURT, RENDERED IN THE CASE HEREIN STATED, I, STACEY PECTOL, CLERK OF SAID SUPREME COURT, HEREUNTO SET MY HAND AND AFFIX THE SEAL OF SAID SUPREME COURT, AT MY OFFICE IN THE CITY OF LITTLE ROCK, THIS 21ST DAY OF JULY, 2016.

_____
CLERK

BY: _____
DEPUTY CLERK

ORIGINAL TO CLERK

CC: BARRET S. MOORE AND ROBERT D. STROUD
    BENJAMIN R. ASKEW, JOHN G. SIMON, AND KEVIN M. CARNIE, JR.
    HONORABLE J. LEON HOLMES, UNITED STATES DISTRICT JUDGE