**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

| | |
|---|---|
| KATHY ROBERTS and KAREN MCSHANE | PLAINTIFFS |
| v.   No. 1:15CV00071 JLH | |
| UNIMIN CORPORATION | DEFENDANT |

**JUDGMENT**

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of Unimin Corporation against Kathy Roberts and Karen McShane, jointly and severally, in the amount of $2,225.60 plus post-judgment interest to accrue at the rate of 0.82% per annum, for all of which garnishment and execution may issue.

IT IS SO ORDERED this 5th day of December, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE